UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AUDRAE R. JONES, | No. SA CV 09-00065-MMM (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE SECOND AMENDED COMPLAINT |
| v. | |
| TUSTIN HOSPITAL AND MEDICAL CENTER, | |
| Defendant. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Second Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Second Amended Complaint, and the action, with prejudice.

DATED: December 15, 2010

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE