JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| AUDRAE R. JONES, | ) | No. SA CV 09-00065-MMM (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| TUSTIN HOSPITAL AND MEDICAL CENTER, | ) | |
| Defendant. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Second Amended Complaint and entire action with prejudice.

DATED: December 15, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE